**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

In re:  Thomas Garrett Oglesby                           Case Number: 03-38435
                                                        Chapter :   13

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

|  | **Amount of Dividend** |
|---|---|
| **Thomas Garrett Oglesby**  | **$ 5.39** |
| **11403 Friars Walk Court** | |
| **Glen Allen, VA  23059-0000** | |

Dated: **November 25, 2009**                           \S\ Robert E. Hyman
                                                        _____
                                                        **(Signature of Trustee)**

                                                        **Robert E. Hyman**
                                                        **Standing Chapter 13 Trustee**
                                                        **P.O. Box 1780**
                                                        **Richmond, VA. 23218-1780**